IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30731
Summary Calendar
_____


CORBY D. COOVER; MARIA COOVER;
BRYANA COOVER,

                                        Plaintiffs-Appellants,

                    versus

UNITED STATES OF AMERICA,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for
the Western District of Louisiana
(USDC No. 99-CV-1920)
_____

December 7, 2000

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        Sgt. Corby Coover, his wife Maria Coover, and his daughter Bryana Coover

appeal from summary judgment on their claims under the Federal Tort Claims Act,

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ch. 753, 60 Stat. 842 (1946) (codified as amended in scattered sections of 28 U.S.C.).

Because Sgt. Coover was injured (1) while on active duty, (2) while performing military duties, and (3) at Fort Polk, the district court correctly applied the Feres doctrine. See United States v. Johnson, 481 U.S. 681, 686-88 (1987); Feres v. United States, 340 U.S. 135, 146 (1950). Under the law and holding of the Supreme Court, the suit of the Coovers is barred.

AFFIRMED.